621 A.2d 476

IN THE MATTER OF RICHARD P. SCHUBACH, AN ATTORNEY AT LAW.

March 26, 1993.

ORDER

This matter having been duly presented to the Court, it is ORDERED that RICHARD P. SCHUBACH of FLEMINGTON, who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for three months, effective November 1, 1992, by Order of this Court dated October 5, 1992, be restored to the practice of law, effective immediately.